# EXHIBIT "A"



**Superior Court of the District of Columbia**
**CIVIL DIVISION – Civil Actions Branch**
500 Indiana Avenue, N.W., Suite 5000 Washington, D.C. 20001
Telephone: (202) 879-1133 Website: www.dccourts.gov

FILED
CIVIL ACTIONS BRANCH

NOV 22 2019

Superior Court of the
District of Columbia
Washington, D.C.

Case No. _____ 19-0007713

## COMPLAINT
Jurisdiction of this Court is founded on D.C. Code § 11-921.

America's Distributors LLC /NACEUR
NEGRA
PLAINTIFF          vs

2520 Pennsylvania Avenue NW, #428
Address (No Post Office Boxes)

WASHINGTON DC          20006
City      State      Zip Code

202-730-6876
Telephone Number

MY.DC.PLACE@GMAIL.COM
Email Address (optional)

DCRA the District of Columbia Regulatory affairs
DEFENDANT

1100 4th street SW,
Address (No Post Office Boxes)

WASHINGTON DC          20024
City      State      Zip Code

Telephone Number

Vincent.Parker@dc.Gov
Email Address (optional)

1. Write a short and plain statement of your claim, including any relevant facts, dates, and locations:

America's Distributors have operated a vending business for about 25 years in the district of columbia. In september of this year, America's Distributor, LLC expired. The agency responsible for renewing the business license is DCRA. DCRA gave me No Documentation why explaining why my license was not Renewed. DGRA also contacted other DC agencies, DC fire Marshall and the Department of Health and directed them not to renew my licenses from those agencies. ~~~~~~~~~~~~~~~~~~~~~~~~

2. What relief are you requesting from the Court? Include any request for money damages.

I would like to Ask the court to stop and prevent DCRA and other agencies from interfering with my business operations. putting six (6) people out of a Job and runing old out of Business, untill the court deside on it A money damages will be Assed later by experts in the area.

3.  State any other information, of which the Court should be aware:

_____

_____

_____

_____

_____

_____

_____

## SIGNATURE

To the best of my knowledge, everything in this Complaint is true and I am not filing this Complaint to harass the Defendant(s). Superior Court Civil Rules 11(b).

_____
SIGNATURE

11 / 22 / 2019
_____
DATE

Subscribed and sworn to before me this _____ 22nd _____ day of _____ November 19 _____ .

_____
(Notary Public/Deputy Clerk)

2

MD ID Exp. 6/2023

- DCRA violated my due process rights by the 4th and the 14th Amendments by denying my application to renew my license.

- DCRA violated my due process rights by contacting other DC agencies and causing them to deny me inspection and licensing.

- ~~DCRA seized my vending units without notice~~

- DCRA violated my due process rights by the 4th and the 14th Amendments by seizing my vending units (vehicles) ~~without notice~~, and violated other laws and regulations.